# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TYRONE JACOBS, <br><br>      Plaintiff, <br><br>vs. <br><br>CALIFORNIA INSTITUTE FOR MEN, <br><br>      Defendant. | Case No. CV 07-4897-JVS (JWJ) <br><br> **ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

The records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not filed a First Amended Complaint.

**IT IS HEREBY ORDERED** that plaintiff show cause within **ten (10) days** of the date of this Order why this case should not be dismissed for failure to diligently prosecute, Fed.R.Civ.P. 4(m) and 41(b), or within that same time period, file a First Amended Complaint.

///
///
///
///

Failure to timely comply with this Order shall result in the Magistrate Judge recommending the case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(b).

DATED: January 18, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge