

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TYRONE JACOBS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA INSTITUTE FOR MEN,<br><br>　　　　Defendants. | Case No. CV 07-4897-JVS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　　IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

　　　Each party to bear its own costs.

///

- 1 -

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff and counsel for defendants.

DATED: 4.14.08

JAMES V. SELNA
United States District Judge