FILED
CLERK, U.S. DISTRICT COURT
APR 1 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TYRONE JACOBS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA INSTITUTE FOR MEN,<br><br>　　　　Defendants. | Case No. CV 07-4897-JVS (JWJ)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: _____4/14.08_____

_____
JAMES V. SELNA
United States District Judge